Truitt *v.* American Savings Bank *et al.*

Hill, J. Under the allegations of the petition, which are taken as true on demurrer, the plaintiff has a lien on the property in controversy, superior to that of the defendant. He has an adequate remedy at law by

786

levy of his fi. fa. on the property, regardless of whether he levies before or after the defendant does. There was therefore no jurisdiction in a court of equity to enjoin the sale of the property under the power contained in the defendant's deed; and the court did not err in dismissing the petition on demurrer.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*

No. 8842.   OCTOBER 13, 1932.

*Jones, Fuller, Russell & Clapp* and *Douglas M. Orr,* for plaintiff.
*Clarke & Clarke,* for defendant.